UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                        CASE NO.   04-16957-BKC-AJC
PHILLIP CISNEROZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,591.07 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: OCT 19 2009

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

PHILLIP CISNEROZ
13057 SW 88 TERRACE SOUTH
#102B
MIAMI, FL 33186

MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

BANK ATLANTIC
REVENUE RECOVERY
4150 SW 28TH WAY
FORT LAUDERDALE, FL 33312

BANK ATLANTIC
REVENUE RECOVERY
4150 SW 28TH WAY
FORT LAUDERDALE, FL 33312

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   04-16957-BKC-AJC
PHILLIP CISNEROZ

                                    CHAPTER 13


PHILLIP CISNEROZ

13057 SW 88 TERRACE SOUTH
#102B
MIAMI, FL 33186

MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

BANK ATLANTIC                       ---------$           934.92
REVENUE RECOVERY
4150 SW 28TH WAY                           UNDELIVERABLE/STALE
FORT LAUDERDALE, FL 33312                  CLAIM REGISTER# 2

BANK ATLANTIC                       ---------$           656.15
REVENUE RECOVERY
4150 SW 28TH WAY                           UNDELIVERABLE/STALE
FORT LAUDERDALE, FL 33312                  CLAIM REGISTER# 2

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130